# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NUMBER: 2:23-CR-184-LSC-JHE** |
| ) | |
| **VARRIE JOHNSON,** ) | |
| *Defendant.* ) | |

## NOTICE OF APPEARANCE

James W. Parkman, III, Esq. of PARKMAN LAW FIRM, hereby gives notice of his appearance on behalf of the Defendant, Varrie Johnson, also known as Varrie Kindall, in the above-styled case, and request that copies of all motions, notices, pleadings, and any other papers filed or served in the above-cause be furnished to undersigned counsel.

Respectfully submitted,

*/s/ James W. Parkman, III*
James W. Parkman, III (ASB-7770-K27J)
*Attorney for Defendant*
**PARKMAN LAW FIRM**
850 Corporate Parkway, Suite 100
Birmingham, Alabama 35242
T: (205) 573-6001 | F: (205) 419-2800
jim@jimparkmanlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Clerk of Court using the CM/ECF electronic filing system which will send notification of such filing to all parties and counsels of record:

Prim F. Escalona
Catherine L. Crosby
Georger A. Martin, Jr.
U.S. ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, Alabama 35203
*Attorneys for United States of America*

U.S. Probation
U.S. PROBATION OFFICE
1800 5th Avenue North
Birmingham, Alabama 35203

USM
UNITED STATES MARSHALL
1729 5th Avenue North
Birmingham, Alabama 35203

Katherine P. Bounds
Kelvin L. Butler
Robin P. Robertson
FEDERAL PUBLIC DEFENDER'S OFFICE
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
*Attorneys for Defendant*

                                    /*s/ James W. Parkman, III*
                                    OF COUNSEL